IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND PEREZ RAMOS,<br><br>Defendant. | CR 21-13-BU-DLC<br><br>ORDER |

Defendant Raymond Perez Ramos has filed a Motion for Travel Assistance pursuant to 18 U.S.C. § 4285 (Doc. 65). Based upon the information provided in Defendant's Motion (Doc. 65) and supporting affidavit (Doc. 65-1), and good cause appearing,

IT IS ORDERED that Defendant's Motion (Doc. 65) is GRANTED. Pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish Defendant with a flight from Los Angeles, California, to Missoula, Montana, in order to attend his change of plea hearing set for April 15, 2024, at 1:30 p.m. at the Russell Smith Federal Courthouse, 201 E. Broadway, Missoula, Montana, and shall also

//

//

1

furnish Defendant with subsistence expenses in accordance with 18 U.S.C. § 4285.

DATED this 11th day of April, 2024.

                                              Kathleen L. DeSoto
                                              United States Magistrate Judge